**Order entered September 27, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01551-CR

**GARY DON BLOYS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 203rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F-1730450-P**

## ORDER

Before the Court is the State's September 26, 2019, motion for extension of time to file its brief. We **GRANT** this motion and **ORDER** the State's brief, received that same day, filed as of the date of this order.

/s/ ROBERT D. BURNS, III
CHIEF JUSTICE